# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>ROHR, INC., a Delaware corporation,<br><br>Defendant. | Civil Case No.: 3:19-cv-00777-WQH-BLM<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation (collectively "Plaintiffs"), and Rohr, Inc. ("Defendant") have reached a settlement whose specific terms are set forth in a proposed Consent Decree, which is attached to this Notice and filed herewith as Exhibit "A."

On August 7, 2019, Plaintiffs mailed copies of the proposed Consent Decree via U.S. Certified Mail on the Administrator of the U.S. E.P.A, and the U.S. Attorney General, Citizen Suit Coordinator, and mailed a copy to the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. *Id*.

Plaintiffs will notify the Court upon receipt of such notice. The Court may sign and enter the Consent Decree after the 45-day review period has run. *See* 40 C.F.R. § 135.5. Plaintiffs will therefore submit the proposed Consent Decree to the Court for the Court's consideration upon expiration of the 45-day review period.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: August 7, 2019        PERKINS COIE, LLP


By: s/Geoffrey Robinson
Geoffrey Robinson
Attorneys for Defendant
Rohr, Inc.

DATED: August 7, 2019                COAST LAW GROUP LLP


                                     By:  s/Livia B. Beaudin
                                          Livia B. Beaudin
                                          Attorneys for Plaintiff
                                          COASTAL ENVIRONMENTAL RIGHTS
                                          FOUNDATION


DATED: August 7, 2019                SAN DIEGO COASTKEEPER


                                     By:  s/Patrick McDonough
                                          Patrick J. McDonough
                                          Attorney for Plaintiff
                                          SAN DIEGO COASTKEEPER

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Livia B. Beaudin, counsel for Coastal Environmental Rights Foundation, and Geoffrey Robinson, counsel for Defendant Rohr, Inc., and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: August 7, 2019          **San Diego Coastkeeper**

                               By: s/Patrick McDonough
                               Patrick McDonough
                               Attorney for San Diego Coastkeeper
                               E-mail: patrick@sdcoastkeeper.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the Notice of Settlement with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: August 7, 2019  **San Diego Coastkeeper**

By: s/Patrick McDonough
Patrick McDonough
Attorney for San Diego Coastkeeper
E-mail: patrick@sdcoastkeeper.org